IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BARRY EMMETT II, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:18-CV-247 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, *et al*, § | |
| § | |
| Defendants. § | |

# **ORDER**

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 44. No objections were filed by the Plaintiff.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 44. Plaintiff's complaint is therefore **DISMISSED WITH PREJUDICE**.

Final judgment will be entered separately.

SIGNED this 15th day of October, 2019.

_____
Hilda Tagle
Senior United States District Judge