Case 2:18-cv-00247 Document 74 Filed on 03/31/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BARRY EMMETT II, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:18-CV-247 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

The Court is in receipt of the Barry Emmett II's ("Emmett") Motion for Leave to File New Evidence, Dkt. No. 65; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 66; Plaintiff's Objections to the M&R, Dkt. Nos. 67, 68, 69 and 70; and Plaintiff's letters to the Court, Dkt. Nos. 71, 72 and 73.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 66. The Court therefore **DENIES** Plaintiff's Motion for Leave to File New Evidence, Dkt. No. 65, which is construed as a motion for relief from final judgment.

SIGNED this 31st day of March 2021.

_____
Hilda Tagle
Senior United States District Judge